

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00013-CV

_____

IN RE D.H., Relator

_____

Original Proceeding
Trial Court No. 324-607629-16

_____

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

We have considered relator's "Agreed Motion to Dismiss." We release our January 18, 2019 stay, grant relator's motion, and dismiss the original proceeding. *See* Tex. R. App. P. 52.8, 52.10.

Per Curiam

Delivered:  April 8, 2019